# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DEMETRIA KALODIMOS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-01321 |
| **MEREDITH CORPORATION,** | ) District Judge William L. Campbell, Jr. |
| | ) Magistrate Judge Joe Brown |
| Defendant. | ) |
| | ) **JURY DEMAND** |

## PLAINTIFF'S MOTION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby gives notice that she has dismissed her claims, with prejudice. She accordingly moves the Court to enter the attached Order dismissing her claims with prejudice and retaining jurisdiction over this matter. Undersigned counsel has consulted with counsel for Defendant and there is no objection to the relief sought in this motion. This dismissal shall not give either side a right to costs or fees.

Dated: January 2, 2020     Respectfully submitted,

/s/ *Kenneth S. Byrd*
Kenneth S. Byrd

Mark P. Chalos (BPR # 19328)
Kenneth S. Byrd (BPR # 023541)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 355-9592
kbyrd@lchb.com
mchalos@lchb.com

Kelly M. Dermody (pro hac vice)
Michelle A. Lamy (pro hac vice)
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
mlamy@lchb.com

John T. Spragens (BPR # 031445)
Spragens Law PLC
1200 16th Ave. S.
Nashville, TN 37212
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiff Demetria Kalodimos*

# CERTIFICATE OF SERVICE

I, Kenneth S. Byrd, hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Voluntary Dismissal with Prejudice to be filed electronically via the Court's electronic filing system on January 2, 2020, and to be served on:

    Heath H. Edwards
    Robert Earl Boston
    Stanley E. Graham
    Waller, Lansden, Dortch & Davis, LLP
    Nashville City Center
    511 Union Street, Suite 2700
    Nashville, TN 37219

Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 2, 2020

                                          s/ *Kenneth S. Byrd*
                                          Kenneth S. Byrd